IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JAMES MATHIS, Individually and on**     **PLAINTIFF**
**behalf of All Others Similarly Situated**

vs.          No. 5:16-cv-94-RCL

**STUART PETROLEUM TESTERS, INC.; and**     **DEFENDANTS**
**KIRK YARIGER, BRYAN POST and BRUCE KOCH,**
**Each Individually and as an Officer of**
**Stuart Petroleum Testers, Inc.**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file the necessary settlement and dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement.

         Respectfully submitted,

         **JAMES MATHIS, Individually and on**
         **behalf of all Others Similarly**
         **Situated, PLAINTIFF**

         SANFORD LAW FIRM, PLLC
         One Financial Center
         650 S. Shackleford Road, Suite 411
         Little Rock, Arkansas 72211
         Telephone: (501) 221-0088
         Facsimile: (888) 787-2040

         Josh Sanford
         Tex. Bar No. 24077858
         josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing NOTICE was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, on the date imprinted by the CM/ECF system, using the Electronic Case Filing system of the Court, and that the attorneys of record below are registered with the Clerk of the Court to receive electronic notification thereof:

Jeffrey M. McPhaul, Esq.
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Tel. 713-226-1269
jmcphaul@lockelord.com

Tiffanie S. Clausewitz, Esq.
THE ROSENBLATT LAW FIRM, PC
16719 Huebner Road, Bldg. 1
San Antonio, Texas 78248
Tel. 210-562-2900
tiffanie@rosenblattlawfirm.com

/s/ Josh Sanford
**Josh Sanford**